**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MOHAMMAD IMRAN YOUSAFZAI,

Petitioner,

v.

CHRISTOPHER LAROSE, *et al.*,

Respondents.

Case No. 26-cv-01745-BAS-MMP

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 8)**

Petitioner Mohammad Imran Yousafzai filed an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 8.) The Court held a hearing on the Amended Petition.

For the reasons expressed at the hearing, the Court **GRANTS** the Amended Petition. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future. Accordingly, the Court issues the following writ:

//

//

The Court **ORDERS** Respondents to immediately release Mohammad Imran Yousafzai (A# 249-394-176) from custody subject to supervision under the standard conditions authorized by 8 U.S.C. § 1231(a)(3).

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: July 10, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**